ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:06:49 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00010-CV

## IN THE COURT OF APPEALS
## FOR THE FOURTH DISTRICT
## STATE OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:06:49 PM
KEITH E. HOTTLE
Clerk

---

## PEDRO MARQUEZ, JR., Appellant

## VS.

## LISA A. WATKINS, Appellee

---

## APPEALED FROM COUNTY COURT AT LAW
## STARR COUNTY, TEXAS

---

## AMENDED MOTION TO WITHDRAW FILED BY
## CARMEN BENAVIDES RAMIREZ

**Respectfully submitted,**

**Carmen Benavides Ramirez**
**Attorney at Law**
**State Bar No. 00790291**
**4715 S. Jackson Rd.**
**Edinburg, Texas 78539**
**E-Mail:** cbramirezlawyer@yahoo.com
**Tel: (956) 683-7070**
**Fax: (956) 683-7071**

MAY IT PLEASE THE COURT:

COMES NOW Undersigned attorney Carmen Benavides Ramirez, and files this amended motion to withdraw and would show this Court the following:

Undersigned attorney represented Appellee Lisa A. Watkins in the Trial Court which was the Starr County, County Court at Law. Said representation was done pursuant to a contract between Appellee and the Undersigned. Said contract specifically stated that the Undersigned's employment to represent Ms. Watkins was limited only to the Trial Court and not to the Appellate Court. Based upon said contract, the Undersigned filed a motion to withdraw in the Trial Court on February 6, 2015 upon completion of the matters set forth in the Trial Court. Said motion to withdraw was heard by the Trial Court on March 16, 2015. At this hearing, the Undersigned explained to the Trial Court that she was not contractually obligated to represent the Appellee on the appeal of this cause. Appellee announced on the record that she had no objection to the Court granting the Undersigned attorney's motion to withdraw and that she knew that the Undersigned attorney was not her appellate attorney pursuant to their contract.[1] The Trial

---

[1] The Undersigned notes that a transcript of said hearing is not part of this Court's record. Attached hereto is affidavit from the Undersigned's staff who states that Appellee

Court (a visiting Judge presiding) took the Undersigned's motion to withdraw "under advisement" and never issued a ruling on said motion.

In addition to the foregoing, the Undersigned does not practice appellate law and makes it a point to specifically state in the contract that she will not be obligated to represent her client in the Appellate Court.

In conjunction with this motion to withdraw, and in order to protect the Appellee's appellate rights and in order to remedy the concerns set forth by this Court in its September 22, 2015 order, the Undersigned, on behalf of the Appellee, is filing a motion for extension of time for Appellee to file her brief.

This motion is being sent to Appellee's last known address of 825 E. Ave. C, Kingsville, TX 78363 via certified mail and regular U.S. Mail. The Undersigned had already informed and is now informing Appellee of the following deadlines:

1. Appellee's brief was due on September 14, 2015 (extension is sought).

2. Response to this Court's September 22, 2015 order: October 2, 2015.

As a result of the foregoing, the Undersigned requests that this Honorable Court grant her motion to withdraw.

---

is aware that the Undersigned does not represent her in this appeal and that she has informed Appellee of all upcoming deadlines in this appeal.

WHEREFORE, the Undersigned prays that this Court grant her motion to withdraw and grant Appellee's motion for extension of time for her to file her brief.

Respectfully submitted,

Carmen Benavides Ramirez
Attorney at Law
4715 S. Jackson Rd.
Edinburg, Texas 78539
E-Mail: cbramirezlawyer@yahoo.com
Tel: (956) 683-7070
Fax: (956) 683-7071

By: _____
Carmen Benavides Ramirez
State Bar No. 00790291
Attorney for Appellee